UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIND THE ORIGIN, INC., <br><br> Plaintiff, <br><br> v. <br><br> ORIGIN B.V., <br><br> Defendant. | Case No. 4:23-cv-01424-YGR <br><br> [~~Proposed~~] Order Granting Cooley LLP's Motion to Withdraw as Counsel for Defendant Origin B.V. <br><br> Judge: Yvonne Gonzalez Rogers <br> Trial Date: None Set <br> Complaint Filed: March 27, 2023 |

Cooley LLP's Motion to Withdraw as counsel for Defendant Origin B.V. ("Defendant") was considered by the Honorable Yvonne Gonzalez Rogers, Judge of the U.S. District Court for the Northern District of California. The Court, having considered all papers and pleadings submitted by the parties, and being fully advised, finds that the motion should be granted.

IT IS THEREFORE ORDERED that Cooley LLP is granted leave to withdraw as counsel for the Defendant. The Clerk of the Court is directed to update the Court's ECF system to reflect the withdrawal of Brendan Hughes, Esq. and Brian Focarino, Esq. of Cooley LLP as counsel for Defendant.

**IT IS SO ORDERED.**

Dated: August 15, 2023

The Honorable Yvonne Gonzalez Rogers
United States District Judge