David E. Toomey
California State Bar #256765
35 Lomita Dr.
Mill Valley, CA 94941
Telephone: (408) 592-1029
*dtoomey70@gmail.com*

David Alan Makman
California State Bar #178195
LAW OFFICES OF DAVID A. MAKMAN
483 Seaport Court, Suite 103
Redwood City, CA 94063
Telephone: (650) 242-1560
*david@makmanlaw.com*

Diana Siri Breaux, WSBA #46112
(admitted *pro hac vice*)
Selby P. Brown, WSBA #59303
(admitted *pro hac vice*)
Summit Law Group, PLLC
315 5th Ave. S., Ste. 1000
Seattle, WA 98104
Telephone: (206) 676-7000
Facsimile: (206) 676-7001
*dianab@summitlaw.com*
*selbyb@summitlaw.com*

Attorneys for Defendant Origin B.V.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIND THE ORIGIN, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ORIGIN B.V., a Kingdom of the Netherlands Corporation, and DOES 1 through 10,<br><br>Defendant. | CASE NO. 5:23-CV-01424-PCP<br><br>NOTICE OF CHANGE OF COUNSEL<br><br>Judge's info: Hon. P. Casey Pitts<br><br>Complaint Filed: March 27, 2023 |

NOTICE OF CHANGE OF COUNSEL - 1
CASE NO. 5:23-CV-01424-PCP

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

PLEASE TAKE NOTICE that DAVID E. TOOMEY, attorney, hereby withdraws as attorney of record for Defendant ORIGIN B.V. in this action. Counsel of record for Defendant otherwise remains the same.

DATED this 6th day of October, 2023.

Respectfully submitted,

By: /s/ David E. Toomey
California State Bar #256765
35 Lomita Dr.
Mill Valley, CA 94941
Telephone: (408) 592-1029
dtoomey70@gmail.com

David Alan Makman
California State Bar #178195
LAW OFFICES OF DAVID A. MAKMAN
483 Seaport Court, Suite 103
Redwood City, CA 94063
Telephone: (650) 242-1560
david@makmanlaw.com

Diana Siri Breaux, WSBA #46112
(admitted *pro hac vice*)
Selby P. Brown, WSBA #59303
(admitted *pro hac vice*)
Summit Law Group, PLLC
315 5th Ave. S., Ste. 1000
Seattle, WA 98104
Telephone: (206) 676-7000
Facsimile: (206) 676-7001
dianab@summitlaw.com
selbyb@summitlaw.com

Attorneys for Defendant
ORIGIN, B.V.

NOTICE OF CHANGE OF COUNSEL - 2
CASE NO. 5:23-CV-01424-PCP

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001