1

Duy Thai, SBN 157345
Gamma Law, P.C.
One Sansome Street, Suite 3500
San Francisco, California 94104
Tel.: 415.296.9927
Fax: 415.901.0512

Attorney for Plaintiff
FIND THE ORIGIN INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| **FIND THE ORIGIN INC., a Delaware Corporation**,<br><br>                      Plaintiff,<br><br>       v.<br><br>**ORIGIN B.V.,** a Kingdom of the Netherlands Corporation, and DOES 1 through 10,<br><br>                Defendants. | Case No.:    23-cv-01424-PCP<br><br>**JOINT NOTICE OF SETTLEMENT AND REQUEST TO RETAIN JURISDICTION**<br><br>Judge Hon. P. Casey Pitt |

    **IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff Find the Origin, Inc. ("Plaintiff") and Defendant Origin BV ("Defendant") (collectively with Plaintiff, the "Parties") as follows:

    **WHEREAS**, on or about February 27, 2024, the Parties finalized a written settlement agreement, fully resolving this entire lawsuit (the "Settlement Agreement").

    **WHEREAS**, the Settlement Agreement contains certain obligations that are expected to be fully performed by no later than May 1, 2024;

**WHEREFORE**, it is hereby stipulated and agreed by the Parties, and subject to the Court's approval, that the Court vacate all future hearings and deadlines in this lawsuit, including but not limited to the trial date, and retain jurisdiction over the Parties and this lawsuit for a period of 60 days util the Parties have completed performance of all terms of the Settlement Agreement and the Parties file a Request for Dismissal.

DATED this 6th day of March, 2024.

Respectfully submitted,

By *s/* _____

Duy Q. Thai
Benjamin Ashurov
Gamma Law, P.C.
One Sansome Street, Suite 3500
San Francisco, CA 94104
Phone: 415-296-9927
Fax: 415-230-5779
Email: dthai@gammalaw.com

Attorneys for Plaintiff

By *s/* _____

Diana Siri Breaux, WSBA #46112
(admitted *pro hac vice*)
Selby P. Brown, WSBA #59303
(admitted *pro hac vice*)
Summit Law Group, PLLC
315 5th Ave. S., Ste. 1000
Seattle, WA 98104
Telephone: (206) 676-7000
Facsimile: (206) 676-7001
*dianab@summitlaw.com*
*selbyb@summitlaw.com*

David Alan Makman, SBN 178195
Law Offices of David A. Makman
483 Seaport Court, Suite 103
Redwood City, CA 94063
Telephone: (650) 242-1560
*david@makmanlaw.com*

Attorneys for Defendant Origin Travel

1

2

3
## **ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to Civil L.R. 5-1(h)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

DATED:  March 6, 2024

4

5

6

7
By:   */s/*

Attorney for Plaintiff

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

Upon consideration of the Parties' JOINT NOTICE OF SETTLEMENT AND REQUEST TO RETAIN JURISDICTION and the entire record herein, it is hereby ORDERED:

1.  That the Joint Notice of Settlement and Request to Retain Jurisdiction is hereby GRANTED;

2.  That the Parties have up to and including May 4, 2024 to file a Request for Dismissal; and

3.  That all deadlines in the lawsuit are hereby VACATED.


IT SO ORDERED.



Dated: _____

_____
HONORABLE P. CASEY PITTS
UNITED STATES DISTRICT JUDGE